# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | CASE NO. | 15-06316 EAG |
| MICKE J COLON RODRIGUEZ | | |
| *Debtors* | CHAPTER | 13 |

## DEBTORS' AMENDED MOTION REQUESTING UNCLAIMED FUNDS

TO THE HONORABLE COURT:

NOW COMES the debtor herein MICKE J. COLON RODRIGUEZ, by his undersigned attorney and very respectfully ALLEGES AND PRAYS:

1. On September 14th, 2020, the Chapter 13 Trustee, Jose R. Carrion, filed a Report Regarding Unclaimed Funds.
2. The unclaimed funds are in the amount of $3,762.03, and the same correspond to the debtor.
3. Debtor also notifies that his current postal address is HC1, Box 7053, Villalba, PR 00766-9844.
4. It is respectfully requested, that the unclaimed funds be sent to the debtor or issued to the undersigned for it to be sent to the debtor.

WHEREFORE debtor respectfully requests that the Honorable Court takes notice of the above informed and that all other remedies which are proper and just be granted.

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, Jose R. Carrion; US Trustee and to all creditors registered to said system. On this date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico this 21st day of September, 2020.

**MODESTO BIGAS LAW OFFICE**
Attorneys for Debtor
P.O. Box 7462
Ponce, P.R. 00732-7462
Tel. 844-1444; Fax 842-4090

/s/ Alexandra Bigas Valedon
**ALEXANDRA BIGAS VALEDON**
U.S.D.C. NO. 220109
alexandra.bigas@gmail.com

15-094 unclaimed funds...

**15-06316-EAG13 MICKE J COLON RODRIGUEZ**
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **US BANKRUPTCY JUDGE:** EDWARD A GODOY
**Date filed:** 08/18/2015 **Date of last filing:** 09/17/2020 **Plan confirmed:** 10/13/2015
**Debtor discharged:** 06/02/2020

# Creditors

| | |
|---|---|
| **ALEXANDRA BIGAS VALEDON**<br>P O BOX 7462<br>PONCE PR 00732 | (4160940)<br>(cr) |
| **American Express Bank FSB**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (4200532)<br>(cr) |
| **AMERICAN EXPRESS CORP**<br>P O BOX 1270<br>NEWARK NJ 07101-1270 | (4160941)<br>(cr) |
| **BANCO SANTANDER**<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | (4160942)<br>(cr) |
| **BANCO SANTANDER PUERTO RICO**<br>CARDONA-JIMENEZ LAW OFFICE, PSC<br>P.O. BOX 9023593<br>SAN JUAN, PR 00902-3593 | (4178898)<br>(cr) |
| **Consejo titulares cond. villa del este Modena I**<br>Beatriz M. Ramirez Abarca<br>Capital center S-1104 Torre Sur<br>239 art. Hostos<br>San Juan PR 00918-1477 | (4173143)<br>(cr) |
| **Consejo Titulates cond. villa del este Modena I**<br>Beatriz M. Ramirez Abarca<br>Capital Center S-1104 Torre sur<br>239 art. Hostos<br>San Juan PR 00918-1477 | (4173142)<br>(cr) |
| **COOPERATIVA A/C PADRE SALVADOR RUFFOLO**<br>PO BOX 1553<br>VILLALBA PR 00766 | (4173673)<br>(cr) |
| **IRMARIE SANCHEZ MARIN**<br>18 JOSE BARBOSA<br>LAS PIEDRAS PR 00771 | (4160943)<br>(cr) |
| **LIBERTY CABLE**<br>P O BOX 719<br>Luquillo PR 00773 | (4160944)<br>(cr) |
| **MICKE J COLON RODRIGUEZ** | (4160939) |

|  |  |
|---|---|
| APARTADO 813<br>VILLALBA PR 00766 | (cr) |
| **PARROCOOP**<br>PO BOX 1553<br>VILLALBA PR 00766 | (4160945)<br>(cr) |
| **RELIABLE FINANCIAL SERVICES, INC.**<br>P.O. BOX 21382<br>SAN JUAN, PR 00928-1382 | (4160946)<br>(cr) |
| **Synchrony Bank**<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (4167628)<br>(ntcapr) |
| **VILLA DEL ESTE**<br>PO BOX 385<br>AGUAS BUENAS PR 00703 | (4160947)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/21/2020 09:00:55 | | | |
| **PACER Login:** | mbigasme3731:2510751:0 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 15-06316-EAG13<br>Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |